**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Brent R.,[1]

        Plaintiff,

v.

Frank Bisignano, *Commissioner of Social*
*Security Administration*,

        Defendant.

No. 25-cv-1563 (KMM/LIB)

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

---

This matter is before the Court for review of the Report and Recommendation (R&R) issued by United States Magistrate Judge Leo I. Brisbois on May 26, 2026. (Dkt. 26.) The R&R recommends that the Plaintiff's request for relief be granted and that this case be remanded to the Social Security Administration for further administrative proceedings. The deadline for any party to object to the R&R was June 9, 2026. D. Minn. LR 72.2(b)(1). Because neither side objected, the Court reviews the R&R for clear error. *Nur v. Olmsted Cnty.*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Having reviewed the R&R, the Court finds no clear error.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.  The R&R (Dkt. 26) is **ACCEPTED**.

2.  Plaintiff's request for relief (Dkt. 18) is **GRANTED** as set forth in the R&R.

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions.

3.  Defendant's request for relief (Dkt. 24) is **DENIED** as set forth in the R&R.

4.  The above captioned matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the R&R.

**Let Judgment be entered accordingly**.

Date: June 18, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge